Edward J. Maney, Trustee, Bar 12256
P.O. Box 10434
Phoenix, Arizona 85064
Telephone (602) 277-3776
ejm@maney13trustee.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re: ) | In Proceedings Under Chapter 13 |
| ) | |
| LAURENTIA PERL HARRINGTON ) | Case No. 05-03520-PHX-GBN |
| ) | |
| ) | APPLICATION FOR PAYMENT OF |
| ) | UNCLAIMED FUNDS |
| _____Debtor (s)_ ) | |

Edward J. Maney, Trustee, reports that the following dividend check has been issued and not presented for payment and more than ninety (90) days has elapsed from the date of issuance. The Trustee has not been able to locate the creditor and/or the creditor has refused to accept payment.

Check Number:     507633
Check Date:       8/31/09
Amount:           $11.19
Creditor:         Household Credit Services
                  Attn. Bankruptcy/Recovery
                  P. O. Box 98724
                  Las Vegas, NV 89193-
Account No:       8594

Wherefore, the Trustee prays that an order be entered pursuant to Section 347 (a) of the Bankruptcy Code directing the Trustee to pay over the amount of $11.19 to the Clerk of the Court to be deposited to the Registry thereof.

Dated :See Electronic Signature

_____
Edward J. Maney, Trustee

Unclaimed Funds/Creditor